1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KAMORRIE RANDLE, | ) Case No. CV 14-2292 DSF(JC) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| R.T.C. GROUNDS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED: 4/4/14

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE